IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                          CASE NO. 5:13-CR-50077

CLAUDIA RODRIGUEZ-LARRAIN                                   DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 67) of Magistrate Judge Erin L. Setser, filed on May 5, 2015. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 67) is **ADOPTED IN ITS ENTIRETY**, and Defendant's First Motion to Set Aside Forfeiture (Doc. 61) is **DENIED**.

IT IS SO ORDERED this 27th day of May, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE